# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CIVIL ACTION |
| v. | : |
| | : No. 10-cv-226 |
| ANTHONY WATSON, | : |
| | : |
| Defendant. | : CRIMINAL ACTION |
| | : |
| | : No. 00-cr-313-05 |
| | : |

## ORDER

AND NOW, this 12th day of August, 2010, upon consideration of Defendant/Petitioner's Habeas Corpus Motion Under 28 U.S.C. § 2255 (Doc. No. 701), and responses thereto, it is hereby ORDERED, for the reasons contained in the attached Memorandum, that the Motion is DENIED. Further, this Court will not issue a certificate of appealability, as, for the reasons contained in this Memorandum, Petitioner has not made a substantial showing of the denial of a constitutional right.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.