IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | :    CRIMINAL NO. 00-313-5 ~~00-315~~ |
| v. | : |
| | : |
| ANTHONY WATSON | : |
| USM# 54303-066 | : |

## ORDER

AND NOW this 24th day of February, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 235 months, effective November 1, 2015.

BY THE COURT:

_____
The Honorable J. Curtis Joyner
Senior United States District Court Judge